CRAIG SMITH
PLAINTIFF/PETITIONER/MOVANT'S NAME

709268
PRISON NUMBER

RICHARD J. DONOVAN CORRECTIONAL FACILITY
PLACE OF CONFINEMENT
5-21-118

P.O. BOX 799005, SAN DIEGO, CA. 92179
ADDRESS




# United States District Court
## Southern District Of California

CRAIG SMITH,
_____, 
Plaintiff/Petitioner/Movant

v.

COUNTY OF SAN DIEGO, CITY OF SAN DIEGO
D.A. DAN LINK, JUDGE ALBERT HARTMAN
OFFICER NICHOLAS GONZALEZ Defendant/Respondent

Civil No. 07CV 2077 BTM   RBB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>

I, CRAIG SMITH, _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration RICHARD J. DONOVAN
    Are you employed at the institution?    ☒ Yes ☐ No
    Do you receive any payment from the institution?  ☒ Yes ☐ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☒ Yes  ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. .08 PER HOUR — EIGHT CENTS PER HOUR PAID EM MONTHLY 55% TAKEN OUT ON FINE "RESTITUTION", WHICH A MONTHS PAY IS ABOUT $6.00 "SIX DOLLARS"
   RICHARD J. DONOVAN, 480 ALTA ROAD, SAN DIEGO, CA 92179

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____

4. Do you have any checking account(s)?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle?  ☐ Yes ☒ No
   a. Make: _____ Year: _____ Model: _____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value._____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support._____
   _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____
   _55% RESTITUTION FINE_
   _____
   _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):_____
    _____
    _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses._____
    NO SOURCE IF I RECEIVED ANYTHING, ITS DUE TO AN FAMILY MEMBER, FRIEND, WHO EVER THAT MIGHT BE ABLE TO SPARE SOMETHING, FROM OUTSIDE OF PRISON
    _____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

10-10-07
DATE

_____
SIGNATURE OF APPLICANT

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

---

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Smith, Craig__,
(NAME OF INMATE)

__CDC# T09268__,
(INMATE'S CDC NUMBER)

has the sum of $ __.21__ on account to his/her credit at __Richard J. Donovan Correctional Facility__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __30.31__,

and the *average monthly deposits* to the applicant's account was $ __30.31__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__10-15-2007__
DATE

__C Rodriguez__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__C. Rodriguez__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __CRAIG SMITH__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__10-10-07__  
DATE

__[signature]__  
SIGNATURE OF PRISONER

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

             FOR THE PERIOD: FEB. 01, 2007 THRU OCT. 15, 2007

ACCOUNT NUMBER : T09268              BED/CELL NUMBER: B21 00000000118L
ACCOUNT NAME   : SMITH, CRAIG        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                         TRUST ACCOUNT ACTIVITY

     TRAN
DATE CODE DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ---- --------------- ---------- --------- ---------- ---------- ----------

02/01/2007   BEGINNING BALANCE                                          35.14

02/01 W515 COPY CHARGE    3163/JAN07                           1.55     33.59
02/01 W536 COPAY CHARGE   3166/JAN07                           5.00     28.59
02/01 W536 COPAY CHARGE   3166/JAN07                           5.00     23.59
02/01 W502 POSTAGE CHARG  3193/JAN07                           0.39     23.20
02/01 W502 POSTAGE CHARG  3193/JAN07                           0.40     22.80
02/06 W502 POSTAGE CHARG  3275/FEB07                           0.39     22.41
02/21 FC03 DRAW-FAC 3     3460/F33RD                          22.00      0.41
03/21 FR01 CANTEEN RETUR  603917                              22.00-    22.41
03/21 FC02 DRAW-FAC 2     3907F23RD                           20.00      2.41
04/09 W515 COPY CHARGE    4205/APR07                           0.10      2.31
04/11 W515 COPY CHARGE    4237/APR07                           0.30      2.01
04/17*DD30 CASH DEPOSIT   4329/POBOX          36.00                     38.01
04/17 FC05 DRAW-FAC 5     4337/F53RD                          30.00      8.01
04/24 W516 LEGAL COPY CH  4435/APR07                           4.80      3.21
04/24 W515 COPY CHARGE    4450/APR07                           0.10      3.11
04/24 W515 COPY CHARGE    4450/APR07                           0.50      2.61
04/24 W515 COPY CHARGE    4450/APR07                           0.30      2.31
04/24 W515 COPY CHARGE    4450/APR07                           0.30      2.01
05/04*VD54 INMATE PAYROL  4624/APR07           3.07                      5.08
05/09 W515 COPY CHARGE    4705/MAY07                           1.40      3.68
05/09 W515 COPY CHARGE    4705/MAY07                           1.70      1.98
05/24*DD30 CASH DEPOSIT   4995/POBOX          27.00                     28.98
05/30 W512 LEGAL POSTAGE  5076/MAY07                           4.60     24.38
05/30 W515 COPY CHARGE    5081/FEB07                           1.95     22.43
05/30 W515 COPY CHARGE    5081/MAY07                           0.30     22.13
05/30 W515 COPY CHARGE    5081/MAY07                           1.00     21.13
05/30 W515 COPY CHARGE    5081/APR07                           0.30     20.83
05/30 W515 COPY CHARGE    5081/MAY07                           0.50     20.33
05/30 W515 COPY CHARGE    5081/APR07                           2.20     18.13
05/30 W515 COPY CHARGE    5081/APR07                           5.70     12.43
05/31 W516 LEGAL COPY CH  5122/MAY07                           1.00     11.43
06/05*VD54 INMATE PAYROL  5191/MAY07           1.35                     12.78
06/05*VD54 INMATE PAYROL  5195/MAY07           3.07                     15.85
06/07 W516 LEGAL COPY CH  5256/MAY07                          14.00      1.85
06/07 W515 COPY CHARGE    5265/JUN07                           1.80      0.05
06/13*DD30 CASH DEPOSIT   5359/POBOX          27.00                     27.05
06/14 W515 COPY CHARGE    5392/JUN07                           0.40     26.65
06/14 W515 COPY CHARGE    5392/JUN07                           0.60     26.05
06/14 W515 COPY CHARGE    5392/JUN07                           0.30     25.75
06/14 W515 COPY CHARGE    5392/JUN07                           0.70     25.05
06/14 W515 COPY CHARGE    5392/JUN07                           0.20     24.85
```

```
REPORT ID: TS3030  .701                           REPORT DATE: 10/15/07
                                                  PAGE NO:          2
                         R.J.DONOVAN CORR. FACILITY
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: FEB. 01, 2007 THRU OCT. 15, 2007

ACCT: T09268       ACCT NAME: SMITH, CRAIG             ACCT TYPE: I
      TRAN
DATE  CODE  DESCRIPTION    COMMENT     CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ----  -------------  ----------  ---------  --------  -----------  -------
06/22 W515 COPY CHARGE     5533/JUN07                          1.00        23.45
06/22 W515 COPY CHARGE     5533/JUN07                          1.10        22.35
06/22 W515 COPY CHARGE     5533/JUN07                          0.40        21.95
06/27 W515 COPY CHARGE     5585/JUN07                          0.20        21.75
07/02 W516 LEGAL COPY CH   0004/JUN07                          1.10        20.65
07/06*VD54 INMATE PAYROL   0070/JUN07             5.40                     26.05
07/10 W515 COPY CHARGE     0107/JUL07                          0.20        25.85
07/10 W515 COPY CHARGE     0107/JUL07                          0.40        25.45
07/10 W515 COPY CHARGE     0107/JUL07                          0.40        25.05
07/10 W515 COPY CHARGE     0107/JUN07                          0.50        24.55
07/10 W515 COPY CHARGE     0107/JUN07                          0.30        24.25
07/10 W515 COPY CHARGE     0107/JUN07                          0.60        23.65
07/10 FC05 DRAW-FAC 5      0115/F51ST                         23.00         0.65
07/16 W515 COPY CHARGE     0222/JUL07                          0.30         0.35
08/06*VD54 INMATE PAYROL   0602/JUL07             5.40                      5.75
08/08 W501 SHIPPING CHAR   0663/UPS                            3.58         2.17
08/09 W515 COPY CHARGE     0702/JUL07                          0.50         1.67
08/09 W515 COPY CHARGE     0702/JUL07                          0.80         0.87
08/15*DD30 CASH DEPOSIT    0800/POBOX           18.00                      18.87
08/21 FC05 DRAW-FAC 5      0913/F53RD                         18.00         0.87
09/06*VD54 INMATE PAYROL   1226/AUG07             5.40                      6.27
09/11 W515 COPY CHARGE     1314/AUG07                          0.30         5.97
09/11 W515 COPY CHARGE     1314/AUG07                          1.20         4.77
09/11 W515 COPY CHARGE     1314/AUG07                          1.00         3.77
09/11 W515 COPY CHARGE     1314/AUG07                          0.10         3.67
09/12*DD30 CASH DEPOSIT    1328/POBOX           45.00                      48.67
09/13 W536 COPAY CHARGE    1354SEPT07                          5.00        43.67
09/18*FC05 DRAW-FAC 5      1469/F53RD                         36.00         7.67
09/19*W515 COPY CHARGE     1501/SEP07                          1.50         6.17
09/19 W515 COPY CHARGE     1501/SEP07                          1.40         4.77
09/20 W515 COPY CHARGE     1514/SEP07                          0.50         4.27
09/20 W515 COPY CHARGE     1514/SEP07                          0.50         3.77
09/20 W515 COPY CHARGE     1527/COPY                           0.40         3.37
09/21 W515 COPY CHARGE     1572/JUL07                          0.40         2.97
09/21 W515 COPY CHARGE     1572/AUG07                          0.50         2.47
09/21 W515 COPY CHARGE     1572/AUG07                          0.70         1.77
09/21 W515 COPY CHARGE     1572/JUL07                          0.30         1.47
09/21 W515 COPY CHARGE     1572/JUL07                          0.90         0.57
10/02 W515 COPY CHARGE     1715/SEP07                          0.30         0.27
10/02 W515 COPY CHARGE     1715/SEP07                          0.20         0.07
10/04*VD54 INMATE PAYROL   1778SEPT07             5.22                      5.29
10/09 W515 COPY CHARGE     1838/JUL07                          1.20         4.09
10/09 W515 COPY CHARGE     1838/SEP07                          0.20         3.89
10/09 W515 COPY CHARGE     1838/SEP07                          0.60         3.29
10/12 W502 POSTAGE CHARG   1918/SEP07                          1.08         2.21
10/15 W515 COPY CHARGE     1944/OCT07                          0.50         1.71
10/15 W515 COPY CHARGE     1944/OCT07                          0.50         1.21
10/15 W515 COPY CHARGE     1944/OCT07                          0.50         0.71
10/15 W515 COPY CHARGE     1944/OCT07                          0.50         0.21
```

```
REPORT ID: TS3030 .701                                    REPORT DATE: 10/15/07
                                                          PAGE NO:        3
                           R.J.DONOVAN CORR. FACILITY
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: FEB. 01, 2007 THRU OCT. 15, 2007

ACCT: T09268       ACCT NAME: SMITH, CRAIG              ACCT TYPE: I


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/30/06                    CASE NUMBER: SCD195342
COUNTY CODE: SD                             FINE AMOUNT: $    800.00


    DATE     TRANS.   DESCRIPTION              TRANS. AMT.      BALANCE
    ----     ------   -----------              -----------      -------

 02/01/2007   BEGINNING BALANCE                                  800.00

 04/17/07    DR30    REST DED-CASH DEPOSIT          40.00-       760.00
 05/04/07    VR54    RESTITUTION DEDUCTION-SUPPORT   3.41-       756.59
 05/24/07    DR30    REST DED-CASH DEPOSIT          30.00-       726.59
 06/05/07    VR54    RESTITUTION DEDUCTION-SUPPORT   1.50-       725.09
 06/05/07    VR54    RESTITUTION DEDUCTION-SUPPORT   3.41-       721.68
 06/13/07    DR30    REST DED-CASH DEPOSIT          30.00-       691.68
 07/06/07    VR54    RESTITUTION DEDUCTION-SUPPORT   6.00-       685.68
 08/06/07    VR54    RESTITUTION DEDUCTION-SUPPORT   6.00-       679.68
 08/15/07    DR30    REST DED-CASH DEPOSIT          20.00-       659.68
 09/06/07    VR54    RESTITUTION DEDUCTION-SUPPORT   6.00-       653.68
 09/12/07    DR30    REST DED-CASH DEPOSIT          50.00-       603.68
 10/04/07    VR54    RESTITUTION DEDUCTION-SUPPORT   5.80-       597.88


   * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
   * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *


                           TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL        TOTAL        CURRENT      HOLDS      TRANSACTIONS
   BALANCE     DEPOSITS    WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
  ---------    --------    -----------    --------    --------    ------------

      35.14      181.91        216.84        0.21        0.00            0.00
```

                                                          CURRENT
                                                         AVAILABLE
THE WITHIN INSTRUMENT IS A CORRECT                        BALANCE
COPY OF THE TRUST ACCOUNT MAINTAINED                     ---------
BY THIS OFFICE
ATTEST: 10-15-2007                                          0.21
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

Pg 1 of 3