1  CRAIG SMITH

2  5-21-118, P.O. BOX 799005

3  SAN DIEGO, CA. 92179

4  CDC # T09268

```
          FILED
        NOV 19 2007
   CLERK, U.S. DISTRICT COURT
 SOUTHERN DISTRICT OF CALIFORNIA
 BY                      DEPUTY
```

6              UNITED STATE DISTRICT COURT

7              SOUTHERN DISTRICT OF CALIFORNIA

8                                        07CV2077 BTM (RBB)

9    CRAIG SMITH                )       CIVIL CASE NO.
                                )
10        PLAINTIFF             )       (TO BE SUPPLIED BY COURT CLERK)
                                )
11   V.                         )
                                )
12  DAN LINK, NICHOLAS GONZALEZ, )       AMENDMENT TO TAKE JUDICIAL
                                )
13  JUDGE ALBERT HARUTUNIAN III, )      NOTICE OF SUPERIOR COURT FILE
                                )
14  CITY OF SAN DIEGO         , )      NO. SCD195342, COUNTY OF
                                )
15  COUNTY OF SAN DIEGO       , )      SAN DIEGO IN ITS ENTIRENESS
                                )
16        DEFENDANTS            )
                                )
17                                      COMPLAINT UNDER THE CIVIL RIGHS

18                                      ACT 42 U.S.C. § 1983

20     IT COME NOW THIS DAY OF NOVEMBER 12, 2007, THE PLAINTIFF CRAIG SMITH

21  UNDER FEDERAL CIVIL PROCEDURE, 657.5 (1) - COURT MUST LIBERALLY INTERPRET THE COMPLAINT OF A

22  PRO SE PLAINTIFF, THE PLAINTIFF NOT KNOWING IF THIS HONORABLE COURT SELF MOVES TO

23  SUPERIOR COURT FILE # SCD195342, AND AS OF ATTORNEY AND CLIENT-62, PRO SE STATUS MUST BE

24  COMPLIANCE WITH RELEVANT RULES, AND CIVIL RIGHTS 1394, THE PLAINTIFF DEEMS IT APPROPRIATE TO

25  HEREBY REQUEST THIS HONORABLE COURT TO TAKE JUDICIAL NOTICE OF SUPERIOR COURT FILE NO.

26  SCD195342, IN ITS ENTIRELY, LOCATED AT SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN

27  DIEGO, 220 WEST BROADWAY, SAN DIEGO, CALIFORNIA. 92101

28       THE COMPLAINT IS IN ITS VERY EARLY STAGE, FOR THE PLAINTIFF FILED

PAGE 1

1  IT, VIA MAIL FROM RICHARD J. DONOVAN CORRECTIONAL FACILITY ON OCTOBER 23, 2007,

2  AND HAS YET TO RECEIVE A CIVIL CASE NO., DUE TO THE PLAINTIFF'S UNCERTAINTY OF THE

3  COURT'S SELF MOVING PROCESS. THIS REQUEST IS HEREBY MADE.

4        AND THE FACT THAT THE PLAINTIFF HAS NOT RECEIVED THE CIVIL CASE NO. FROM

5  THIS COURT, AND THE COURT DEEMS IT TO BE REQUIRED ON THIS "AMENDMENT", THE

6  PLAINTIFF RESPECTFULLY REQUEST TO BE TOLD SO, IF RESUBMITTING IS NEEDED.

7

8        I CRAIG SMITH DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF

9  THE STATE OF CALIFORNIA THAT THE ABOVE STATEMENTS IS TRUE AND CORRECT.

10 EXECUTED AT THE RICHARD J. DONOVAN CORRECTIONAL FACILITY, SAN DIEGO, CALIFORNIA

11 ON THE 12 DAY OF NOVEMBER, 2007

12                                    RESPECTFULLY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAGE 2

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA    )            CRAIG SMITH  T09268
                      ) SS
COUNTY OF  SAN DIEGO )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, James Humphrey, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action.  My address is listed below.

On NOVEMBER 12, I served the following documents:

AMENDMENT TO TAKE JUDICIAL NOTICE OF SUPERIOR COURT FILE # SCD196342

• COPIES ARE ALSO PROVIDED TO THE DEFENDANTS AT BELOW ADDRESS

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

CLERK OF U.S. DISTRICT COURT
ROOM 4290
880 FRONT STREET
SAN DIEGO, CA. 92101-8900

COUNTY CLERK
COUNTY ADMINISTRATION CENTER
1600 PACIFIC HIGHWAY, S
SAN DIEGO CA. 92101

CITY CLERK
CITY OF SAN DIEGO COUNCIL OFFICES
202 C ST.
SAN DIEGO, CA. 92101

CLERK OF COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN DIEGO
220 W. BROADWAY
SAN DIEGO, 92101

DAN LINK - D.A.
NICHOLAS GONZALEZ - SDPD-OFFICER
ALBERT HARUTUNIAN III - HON. JUDGE

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed in the County of San Diego, California on 11-12-07         James Humphrey

JAMES HUMPHREY

21-116

P.O. Box  92179

San Diego, CA   92179-900 5

Pursuant to the holding of the United States Supreme Court in <u>Houston v. Lack</u> 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.