COPY FOR COURTS RECORDS

1  CRAIG SMITH                    COVER LETTER - CLERK OF COURT, SUPERIOR
2  5-21-118, P.O. BOX 799005
3  SAN DIEGO, CA. 92179
4  CDC # T09268

**FILED**
NOV 19 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6              SUPERIOR COURT OF CALIFORNIA
7           IN AND FOR THE COUNTY OF SAN DIEGO

9                              07CV2077 BTM (RBB)
10                             NOTICE OF CIVIL COMPLAINT
11                             UNDER CIVIL RIGHTS ACT
12                             42 U.S.C. § 1983
13                             AND COPY OF COMPLAINT

14  TO CLERK OF SUPERIOR COURT, I CRAIG SMITH FILED A COMPLAINT TO THE
15  UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA VIA MAIL ON OCTOBER
16  23, 2007, THE DEFENDANTS IN THE ACTION, WERE ALL INVOLVED IN A CRIMINAL
17  CASE # SCD195342, IN DEPT. 6 IN THE ABOVE COURT, I MAILED YOU COPY OF THE
18  COMPLAINT TO BE DISTRIBUTED, RATHER DELIVERED TO THE DEFENDANTS, THIS WAS INDICATED
19  ON THE PROOF OF SERVICE, DATED 10-30-07 SEE ATTACHED COPY YOU SENT BACK TO ME.
20       I AM INCARCERATED AT RICHARD J. DONOVAN CORRECTIONAL FACILITY, AND INDIGENT IN
21  MOST PART, BUT TRY TO FILL REQUIREMENT. THE DEFENDANTS:
22  1. DISTRICT ATTORNEY - DAN LINK, INDIVIDUAL AND OFFICIAL CAPACITY, "COUNTY OF SAN DIEGO",
23  2. SAN DIEGO POLICE OFFICER - NICHOLAS GONZALEZ, INDIVIDUAL AND OFFICIAL "CITY OF SAN DIEGO"
24  3. SUPERIOR COURT JUDGE - ALBERT HAROTUNIAN III, INDIVIDUAL
25       THE 5 DEFENDANTS MUST BE NOTIFIED OF A CIVIL COMPLAINT AGAINST THEM, A FAIR
26  NOTICE OF WHAT PLAINTIFF'S CLAIM IS AND THE GROUNDS, I AM DOING MY BEST TO GIVE NOTICE
27  TO THE DEFENDANTS, AS LISTED ON THE PROOF OF SERVICE DATED 10-30-07, I SENT A COPY TO
28  THE "CITY CLERK" AND "COUNTY CLERK" IN HOPES MY METHOD WAS APPROPRIATE, BEING

PAGE 1

1  THAT I'M INCARCERATED AND DON'T HAVE THE MEANS TO HAND DELIVER THE COMPLAINT TO ALL
2  DEFENDANTS, THERE IS NO METHOD FOR MYSELF TO KNOW ADDRESSES OF THE JUDGE,
3  DISTRICT ATTORNEY OR POLICE OFFICER, I DEEM IT APPROPRIATE TO DELIVER A COPY TO THE
4  CLERK OF COURT, SUPERIOR COURT, AND THE METHOD, BE THAT, U.S. MARSHALL, SHERIFF, OR
5  WHATEVER IS APPROPRIATE TO DELIVER A COPY TO THE DEFENDANTS, AND IF IT IS REQUIRED
6  FOR ME TO PROVIDE MORE COPIES, TO BE TOLD SO, FOR IT COST MYSELF TO MAKE THE COPY,
7  AND TO MAIL IT, UNFORTUNATELY I GET PAIDED HERE ONCE A MONTH, AND IT IS VERY LITTLE,
8  THEREFORE TO MAIL COPIES, HAVE IT SENT BACK, AND I RE-MAIL IT AGAIN IS MONEY I DON'T HAVE,
9  BUT WILL TRY TO DO THE BEST I CAN
10         I HAVE SOUGHT THE METHOD TO NOTIFY DEFENDANTS VIA APPOINTED APPELLATE
11  ATTORNEY, WHICH HE WILL NOT ADVISED, PER HE STATES HIS SCOPE IS ONLY ON THE APPEAL, LAW
12  LIBRARY HELP HERE ALSO DO NOT KNOW, THEREFORE I MUST DO THE BEST I CAN, I WILL ALSO
13  SEND THESE ATTEMPTS TO THE DISTRICT COURT, FOR THAT COURT TO KNOW, I AM DILIGENTLY
14  SEEKING TO GIVE FAIR NOTICE AND A COPY TO THE DEFENDANTS, I RESPECTFULLY REQUEST
15  THE COURT CLERK TO PROPERLY PROVIDE, OR TO ENSURE THE PROPER NOTIFICATION IS DONE.
16
17         I DECLARE UNDER THE LAWS OF THE STATE OF CALIFORNIA, UNDER THE PENALTY OF
18  PERJURY FOR THE ABOVE TO BE TRUE AND CORRECT, EXECUTED HERE AT RICHARD J. DONOVAN
19  CORRECTIONAL FACILITY THIS 12 DAY OF NOVEMBER.
20                                                                RESPECTFULLY
21       11-12-07
22
...
28

PAGE 2

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☒ CENTRAL, P.O. BOX 120128, 330 W. BROADWAY, SAN DIEGO, CA 92112-0128,
(619) 531-3141 (CIVIL)        (619) 615-6358 (UNLAWFUL DETAINER)
☐ KEARNY MESA, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA. 92123-1187, (858) 694-2066
☐ NORTH COUNTY, 325 S. MELROSE DR., VISTA, CA 92083-6698, (760) 726-9595
☐ EAST COUNTY, 250 E. MAIN ST., EL CAJON, CA 92020-3941, (619) 441-4461
☐ RAMONA, 1428 MONTECITO RD., RAMONA, CA 92065-5201, (760) 738-2435
☐ SOUTH COUNTY, 500 3RD AVE., CHULA VISTA, CA 91910-5649, (619) 691-4780

*ACTION*
*NO*
*JUST A COPY*
*FOR RECORDS*

CASE NUMBER: None assigned

We are unable to process the attached COMPLAINT for the reasons indicated below:

This is the wrong court, according to the caption on your Complaint that reads "United States District Court, Southern District of California. Their address is

CLERK OF THE COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

United States Courthouse

880 Front Street, Room 4290

San Diego, CA 92101

**Please return this form when you resubmit your document(s) and enclose a self-addressed envelope large enough for all documents, stamped with sufficient postage.**

CLERK OF THE SUPERIOR COURT

Date: 11/7/2007                    By:  B.F., Deputy

☐ Checks Returned        Returned to ☒ Plaintiff ☐ Defendant ☐ Attorney via: U.S. Mail

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA    )
                       ) SS           CRAIG SMITH T09268
COUNTY OF SAN DIEGO    )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, ROBINSON JAMES, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On 10-30-07, I served the following documents:
COPIES OF THE CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. §1983, THE ORIGINAL WAS FILED VIA MAIL, SUBMITTED 10-23-07, TO THE U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, DUE TO THE SAN DIEGO COUNTY FIRES AT THAT TIME, AND PRISON 5 YARD LOCKDOWN AFTER, COPIES TO THE DISTRICT COURT AND DEFENDANTS WERE NOT ACCESSIBLE AT THAT TIME

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

2 ADITIONAL COPIES, ORIGINAL PRESENTED 10-23-07

CLERK OF U.S. DISTRICT COURT
Room 4290
880 FRONT STREET
SAN DIEGO, CA. 92101-8900

CITY CLERK
CITY OF SAN DIEGO, COUNCIL OFFICES
202 C ST.
SAN DIEGO, CA. 92101

COUNTY CLERK
COUNTY ADMINISTRATION CENTER
1600 PACIFIC HIGHWAY, S
SAN DIEGO CA. 92101

CLERK OF COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN DIEGO
220 WEST BROADWAY
SAN DIEGO, CA. 92101

CLERK OF SUPERIOR COURT
PLEASE PROVIDE COPIES TO DEFENDANTS:
NICHOLAS GONZALEZ,
DAN LINK,
ALBERT HARUTUNIAN III,
AND THE COUNTY, AND CITY OF SAN DIEGO, IF ADDRESS PERTAIN HERE IS NOT APPROPRIATE, THANK YOU

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of San Diego, California on 10-30-07    /s/ Robinson James

ROBINSON JAMES
5-21
P.O. Box 799005
San Diego, CA 92179-9005

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA    )
                       ) SS            CRAIG SMITH T09268
COUNTY OF SAN DIEGO    )

[C.C.P. §§ 446, 2015.5; 28 U.S.C. §1746]

I, _James Humphrey_, am a resident of the State of California and am over the age of eighteen years and am not a party to the above-entitled action. My address is listed below.

On _11-14-07_, I served the following documents:
NOTICE OF CIVIL COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. §1983 "2nd ATTEMPT"

by placing a true copy thereof enclosed in a sealed envelope with First Class postage thereon fully prepaid in the United States Mail by delivering to prison officials for processing through the Institution's internal legal mail system at San Diego California, addressed as follows::

CLERK OF COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN DIEGO
220 W. BROADWAY
SAN DIEGO, CA. 92101

CC: JUST A COPY FOR THE DISTRICT COURT RECORDS
CLERK OF U.S. DISTRICT COURT
ROOM 4290
880 FRONT STREET
SAN DIEGO, CA. 92101-8900

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in the County of San Diego, California on _11-14-07_  _James Humphrey_

JAMES HUMPHREY
21-116
P.O. Box _799005_
San Diego, CA  92179-900 _5_

Pursuant to the holding of the United States Supreme Court in Houston v. Lack 108 S. Ct. 2379, 487 U.S. 266, 101 L.Ed.2d 245 (1988) and FRAP, Rule 4 (c) inmate legal documents are deemed filed on the date they are delivered to prison staff for processing and mailing via the Institution's internal legal mail procedures.