# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Craig Smith

<div style="center">V.</div>

Dan Link, Nicholas Gonzalez, Albert T. Harutunian, III, City of San Diego, County of San Diego

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv2077-BTM(RBB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that this action is dismissed for failing to state a claim and for seeking monetary damages against defendants who are immune. . . . . . . . . . . . . .. . . . . . . . . . . . . .. . . . . . . . . . . . . . . . . . . .. . . . . .

| March 3, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/V.Trujillo
(By) Deputy Clerk

ENTERED ON March 3, 2008