US DISTRICT COURT
SOUTHERN DISTRICT

## CHANGE OF ADDRESS

This letter is to inform the court that I Craig Smith has a change of address.

Reference   CASE NO. 3:07-CV-02077-BTM-RBB

**FILED**

2008 MAY 22  PM 3: 24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KM_____ DEPUTY

**NEW Address**

CRAIG SMITH
1631 PENTECOST WAY #7
SAN DIEGO, CA. 92105

Birth Date
8-14-61

**Old Address**

5-21-18
P.O. BOX 799005
SAN DIEGO, CA. 92179

Craig Smith

1631 Pentecost Way #7

San Diego, Ca. 92105

Effective 4-26-08

CRAIG SMITH
1631 Pentecost Way #7
San Diego, CA 92105

SAN DIEGO CA 921
21 MAY 2008 PM 1 T

Clerk of office
U.S. District Court
Southern District
880 Front Street Suite 4290
San Diego, CA. 92101

CHANGE OF ADDRESS