FILED
JUL 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY HKK DEPUTY

**FILED**

**JUL 17 2008**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRAIG SMITH,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>DAN LINK, County District Attorney; et al.,<br><br>        Defendants - Appellees. | No. 08-55577<br><br>D.C. No. 3:07-cv-02077-BTM-RBB<br>Southern District of California, San Diego<br><br>ORDER |

The appellant's motion to stay appellate proceedings is granted in part. Proceedings are stayed until August 18, 2008. At or prior to the expiration of the stay, the appellant shall file the opening brief or a request for appropriate relief. In the absence of a motion, the stay will terminate without further notice.

The appellant is reminded that to invest in the district court with jurisdiction to consider the Federal Rule of Civil Procedure 60(b) motion, the appellant must successfully move this court for a limited remand. A motion for limited remand must include a statement that the district court has indicated its willingness to consider the proposed Rule 60(b) motion. *See Crateo, Inc. v. Intermark, Inc.*, 536 F.2d 862 (9th Cir.), *cert. denied*, 429 U.S. 896 (1976)(movant must obtain a

GS 7/14/08/Pro Mo

No. 08-55577

indication that the district court is willing to consider the matter that is the purpose of the limited remand).

                                      For the Court:

                                      MOLLY C. DWYER  
                                      Clerk of Court

                                      Grace S. Santos  
                                      Deputy Clerk  
                                      Ninth Circuit Rule 27-7/Advisory Note to Rule 27  
                                          and Ninth Circuit 27-10

GS 7/14/08/Pro Mo