# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| CRAIG SMITH, | CASE NO. 07cv2077 BTM(RBB) |
|---|---|
| Plaintiff, | **ORDER RE: MOTION FOR RELIEF FROM JUDGMENT** |
| vs. | |
| DAN LINK, et al. | |
| Defendants. | |

Plaintiff has filed a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b). The Court is willing to hear the motion and will set a motion hearing date if Plaintiff obtains a limited remand from the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

DATED: August 14, 2008

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge